THE MEDICAL EQUATION, INC
P. O. BOX 162370
AUSTIN, TX 78716

Harley G Morrell
416 Somerset Club Dr SE
Cartersville, GA 30121

| Employee Pay Stub | | | Check number: DR | | Pay Period: 07/25/2013 - 08/07/2013 | | Pay Date: 08/15/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Harley G Morrell, 416 Somerset Club Dr SE, Cartersville, GA 30121 | | | | | ***-**-1449 | Single/Married | Fed-0/0/AL-4/0 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Paid Time Off** | | YTD Used | Available |
| PA Draw | | | 3,958.33 | 63,333.28 | Vacation | | | 120:00 |
| **Taxes** | | | Current | YTD Amount | **Taxable Company Items** | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | 401k Co. Match | | 118.75 | 475.00 |
| Federal Withholding | | | -803.00 | -6,926.00 | | | | |
| Social Security Employee | | | -245.41 | -3,926.66 | | | | |
| Medicare Employee | | | -57.39 | -918.33 | | | | |
| AL - Withholding | | | -139.85 | -299.50 | | | | |
| | | | -1,245.65 | -12,070.49 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Employee Reimbursement | | | | 275.00 | | | | |
| **Net Pay** | | | 2,712.68 | 51,537.79 | | | | |

THE MEDICAL EQUATION, INC, P. O. BOX 162370, AUSTIN, TX 78716, MEDICAL EVALUATORS, INC.    Powered by Intuit Payroll

For Sept 15th

| | |
|---|---|
| Gross | 2,453.22 |
| FWH | <693.00> |
| SS | <219.5F> |
| Med | <51.35> |
| AL-W/H | <124.52> |
| | $ 2453.22 |