Debtor(s):  HARLEY GUY MORRELL    ss#  1449    Net Monthly Earnings:$8500.46
Number of Dependents: 0

I. Plan Payment:

(X) Debtor(s) propose to pay direct a total of **$3225.00** [_] weekly [_] bi-weekly [_] semi-monthly **[X] monthly** into the plan, or

(_) Payroll deduction Order to _____ for $_____ [_]weekly [_] bi-weekly [_] semi-monthly [_] monthly.

Length of the plan is **60** months, and the total debt to be paid through the plan is **$193500.00**.

II From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See Section 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service | 2012 Income Taxes | 7116.12 | 120.61 |
|  |  |  |  |

B. Total Attorney Fee: $2,750.00; $0.00 paid pre-petition; $2,750.00 to be paid as soon as available after confirmation.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to Be Paid | Regular Payments to Begin: Month/Year | Arrears to be paid by Trustee | Months included in Arrearage Amount | Proposed interest rate on arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| None |  | [_]by Trustee [_] by Debtor |  |  |  |  |  |
|  |  | [_]by Trustee [_] by Debtor |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Ashley | 38.00 | 3704.68 | 3704.68 | 0.00 | Furniture | 5.25 | 71.38 | 1/14 |
| Gateway One Lending and Finance | 310.00 | 30379.81 | 30379.81 | 0.00 | 2011 Dodge Ram | 5.25 | 585.34 | 1/14 |
| Meridian Trust Federal Credit Union | 163.00 | 16281.84 | 16281.84 | 0.00 | 2008 Sprintlet Camper | 5.25 | 313.71 | 1/14 |
| Redstone Federal Credit Union | 310.00 | 30842.37 | 30842.37 | 0.00 | 2013 Harris Float Boat | 5.25 | 594.26 | 1/14 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions:

[_] This is an original plan.
[X] This is an amended plan replacing plan dated November 7, 2013
[X] This plan proposes to pay unsecured creditors approximately 100 %.
[X] Other provisions: Debtor shall surrender the real estate at 29 Iron Creek Drive, Cody, WY 82414 to Meridian Trust Federal Credit Union in full satisfaction of its claim. Debtor shall pay to Trustee any proceeds from his lawsuit involving the Estate of Monaco, et al, less exemptions, to fund this plan. Debtor shall not modify this plan to pay less than 100% on unsecured claims.

Attorney for Debtor(s):    Date November 26, 2013    /s/ Harley Guy Morrell
                                                      HARLEY GUY MORRELL, Debtor
/s/ Lisa Milner Hancocki
Lisa Milner Hancock
2205 Taylor Street
Guntersville, AL 35976
(256) 582-6940

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the attached Amended Chapter 13 Plan on Linda B. Gore, Trustee at ch13trustee@bellsouth.net, electronically and all creditors on the attached matrix by U. S. Mail, postage prepaid.

This the 26th day of Nov, 2013.

/s/ Lisa Milner Hancock
Lisa Milner Hancock

```
Label Matrix for local noticing          U. S. Bankruptcy Court                  AAFES/MIL STAR/EXCHANGE
1126-1                                   1129 Noble Street, Room 117             c/o Creditors Bankruptcy Service
Case 13-41683-JJR13                      Anniston, AL 36201-4674                 P.O. Box 740933
NORTHERN DISTRICT OF ALABAMA                                                     Dallas, TX 75374-0933
Anniston
Tue Nov 26 15:56:04 CST 2013

American Eagle Outfitters                Ashley                                  Bill Me Later
P. O. Box 960013                         P. O. Box 960061                        P. O. Box 105658
Orlando, FL 32896-0013                   Orlando, FL 32896-0061                  Atlanta, GA 30348-5658


Dr. John Schneider                       Estate Of Russell Monaco                Fred Paoli, Jr.
C/O Steve Emery                          C/O Jon Moyers                          Paoli & Brown, P.C.
P. O. Box 10700                          490 North 31st Street, Ste. 101         116 West Callender Street
Casper, WY 82602-3902                    Billings, MT 59101-1256                 Livingston, MT 59047-2666


Gateway One Lending & Finance            Gettington.Com                          Heart Mountain Irrigation District
160 N. Riverview Drive, Ste. 100         P. O. Box 166                           1206 Road 18
Anaheim, CA 92808-2293                   Newark, NJ 07101-0166                   Powell, WY 82435-8822


Internal Revenue Service                 J C Penney's                            Jon Moyers
P. O. Box 7346                           GE Capital Retail Bank                  Moyers Law, P.C.
Philadelphia, PA 19101-7346              P. O. Box 965009                        490 North 31st Street, Ste. 101
                                         Orlando, FL 32896-5009                  Billings, MT 59101-1256


Kathy Monaco                             Lowe's                                  Meridian Trust Federal Credit Union
C/O Fred Paoli, Jr.                      P. O. Box 960097                        P. O. Box 548
116 West Callender Street                Orlando, FL 32896-0097                  Cheyenne, WY 82003-0548
Livingston, MT 59047-2666


Northern Rockies Neuro-Spine, P.C.       Park County Treasurer                   Redstone Federal Credit Union
C/O Williams, Porter, Day & Neville      1002 Sheridan Ave.                      220 Wynn Drive
P. O. Box 10700                          Cody, WY 82414-3598                     Huntsville, AL 35893-0001
Casper, WY 82602-3902


UHEAA                                    US Attorney                             USAA Rewards Federal Savings Bank
P. O. Box 145108                         1801 4th Ave N                          10750 Mcdermott Freeway
Salt Lake City, UT 84114-5108            Birmingham AL 35203-2101                San Antonio, TX 78288-0570


West Park Hospital                       Harley Guy Morrell                      Linda Baker Gore
C/O Corinne Rutledge                     P. O. Box 1073                          NON-PAYMENTS: P.O. Box 1338
P. O. Box 4068                           Guntersville, AL 35976-7073             Gadsden, AL 35902
Cheyenne, WY 82003-4068


Lisa Milner Hancock
Lisa Milner Hancock
2205 Taylor St
Guntersville, AL 35976-1125
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Meridian Trust Federal Credit Union

End of Label Matrix  
Mailable recipients 27  
Bypassed recipients 1  
Total 28