IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:
HARLEY GUY MORRELL,

CASE NO. 13-41683
CHAPTER 13

Debtor(s).

## MOTION TO MODIFY PLAN

COMES NOW the Debtor, HARLEY GUY MORRELL, by and through his attorney, Lisa Milner Hancock, and moves to modify the Debtor's plan to treat Claim No. 11 of GE Capital Retail Bank (Ashley Furniture) (hereinafter referred to as "Creditor") as a general unsecured claim. Debtor believed the claim to be secured and provided for same. However, per Creditor's Claim No. 11, said claim is unsecured. The Debtor requests that by this modification any arrearage to the Trustee shall be cured. The plan payment shall remain the same. The percentage paid to general unsecured creditors shall remain at approximately 100%.

WHEREFORE, the Debtor prays that this modification be granted.

Dated this the 6TH day of March, 2014.

By: _____
Lisa Milner Hancock
Attorney for Debtors
2205 Taylor Street
Guntersville, AL 35976
Telephone: 256/582-6940

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing has been served Linda B. Gore, Trustee at ch13trustee@bellsouth.net, electronically and the attached mailing matrix by U.S. Mail, postage prepaid, this 6th day of March, 2014.

_____
Lisa Milner Hancock

```
Label Matrix for local noticing          Creditors Bankruptcy Service          U. S. Bankruptcy Court
1126-1                                   9441 LBJ Freeway Ste 605              1129 Noble Street, Room 117
Case 13-41683-JJR13                      Dallas, AL 75243-4636                 Anniston, AL 36201-4674
NORTHERN DISTRICT OF ALABAMA
Anniston
Thu Mar  6 08:27:50 CST 2014

AAFES/MIL STAR/EXCHANGE                  American Eagle Outfitters             Ashley
c/o Creditors Bankruptcy Service         P. O. Box 960013                      P. O. Box 960061
P.O. Box 740933                          Orlando, FL 32896-0013                Orlando, FL 32896-0061
Dallas, TX 75374-0933

Bill Me Later                            Dr. John Schneider                    Estate Of Russell Monaco
P. O. Box 105658                         C/O Steve Emery                       C/O Jon Moyers
Atlanta, GA  30348-5658                  P. O. Box 10700                       490 North 31st Street, Ste. 101
                                         Casper, WY 82602-3902                 Billings, MT 59101-1256

Fred Paoli, Jr.                          GE Capital Retail Bank                Gateway One Lending & Finance
Paoli & Brown, P.C.                      c/o Recovery Management Systems Corp  160 N. Riverview Drive, Ste. 100
116 West Callender Street                25 SE 2nd Ave Suite 1120              Anaheim, CA 92808-2293
Livingston, MT 59047-2666                Miami FL 33131-1605

Gettington(Issued by Webbank)            Gettington.Com                        Heart Mountain Irrigation District
6250 Ridgewood Rd                        P. O. Box 166                         1206 Road 18
St. Cloud, MN 56303-0820                 Newark, NJ  07101-0166                Powell, WY 82435-8822

Internal Revenue Service                 J C Penney's                          Jon Moyers
P. O. Box 7346                           GE Capital Retail Bank                Moyers Law, P.C.
Philadelphia, PA  19101-7346             P. O. Box 965009                      490 North 31st Street, Ste. 101
                                         Orlando, FL 32896-5009                Billings, MT 59101-1256

Kathy Monaco                             Lowe's                                Meridian Trust Federal Credit Union
C/O Fred Paoli, Jr.                      P. O. Box 960097                      P. O. Box 548
116 West Callender Street                Orlando, FL 32896-0097                Cheyenne, WY 82003-0548
Livingston, MT 59047-2666

Northern Rockies Neuro-Spine, P.C.       Park County Treasurer                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC
C/O Williams, Porter, Day & Neville      1002 Sheridan Ave.                    PO BOX 41067
P. O. Box 10700                          Cody, WY 82414-3598                   NORFOLK VA 23541-1067
Casper, WY 82602-3902

Redstone Federal Credit Union            Two Tough Guys Services, LLC          UHEAA
220 Wynn Drive                           P. O. Box 2871                        P. O. Box 145108
Huntsville, AL 35893-0001                Cody, WY 82414-2871                   Salt Lake City, UT  84114-5108

US Attorney                              USAA Rewards Federal Savings Bank     West Park Hospital
1801 4th Ave N                           10750 Mcdermott Freeway               C/O Corinne Rutledge
Birmingham AL 35203-2101                 San Antonio, TX  78288-0570           P. O. Box 4068
                                                                               Cheyenne, WY 82003-4068
```

| | | |
|---|---|---|
| Harley Guy Morrell<br>P. O. Box 1073<br>Guntersville, AL 35976-7073 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 | Lisa Milner Hancock<br>Lisa Milner Hancock<br>2205 Taylor St<br>Guntersville, AL 35976-1125 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Meridian Trust Federal Credit Union

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33