# LISA MILNER HANCOCK
## ATTORNEY AT LAW

2205 Taylor Street
Guntersville, Alabama 35976

TEL. (256) 582-6940
FAX (256) 582-9235

March 17, 2014

Clerk, U.S. Bankruptcy Court
Northern District of Alabama
1129 Noble Street, Room 117
Anniston, AL 36201

**Re:     Harley Morrell**
**Chapter 13, Case No.: 13-41683**

Dear Madam or Sir:

      This is to inform you of the above-referenced client's new mailing address:

Mr. Harley Morrell
268   27½ Road
Grand Junction, CO 81502.

      Thank you for your assistance in this matter.  If you have any questions, please feel free to contact me.

Sincerely,

Lisa Milner Hancock

LMH:kc